

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE GISELLE LÓPEZ-SOLER**

COURT REPORTER: Zoom.Gov                     DATE: January 7, 2026
COURTROOM: OSJ Courtroom 6 (Hybrid Proceeding)    SAUSA: Carlos J. Romo-Aledo

UNITED STATES OF AMERICA

*Plaintiff*

vs.

FRANCISCO JAVIER ARACENA-DE LA ROSA

*Defendant(s)*

Return of Indictment by the Grand Jury
Criminal No. **26-cr-00007 (SCC)**

Indictment was filed in open court.

**Arraignment set for January 20, 2026 at 9:00 AM in Hato Rey Courtroom 3 before U.S. Magistrate Judge Giselle López-Soler.**

Case is assigned to Judge Silvia L. Carreño-Coll.

<u>NEW CASE</u>:

☐  This Indictment supersedes Criminal Case No. _____.

☒  Defendant(s) **appeared** in magistrate case 25-1159 (M). <u>Magistrate case merged and closed</u>.

☐  Defendant(s) charged in magistrate case -----, but **not arrested**. <u>Magistrate case merged and closed</u>.

☐  Defendant(s) **not charged** in magistrate case.

☐  The Court granted the government's motion to seal.

☐  Defendant(s) is/are to remain on same bond.

☒  Defendant(s) is/are under custody. Marshal to produce the defendant(s).

☐  Arrest warrant(s) to be issued.

☐  Summons to be issued.

*s/María Luz Díaz*
Courtroom Deputy Clerk